Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Kerry Stinnett, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:12-0114 |
| | ) JUDGE TRAUGER |
| United States of America, | ) |
|     Defendant. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE
### BRIEF IN EXCESS OF PAGE LIMITATION

COMES NOW the defendant in the above-referenced civil action and respectfully moves for leave to file his Memorandum in Support of his Motion to Dismiss, the length of which exceeds the 25-page limit set forth in Local Rule 8 (c) by one page. In support of this motion, the defendant would state that to adequately set forth the relevant facts and the legal argument regarding the plaintiff's claims set forth in his Complaint, including the referencing of related cases, the defendant required additional pages.

    Respectfully submitted,

    JERRY E. MARTIN

    United States Attorney for the
    Middle District of Tennessee

    BY:  s/Michael L. Roden
    MICHAEL L. RODEN
    Assistant United States Attorney
    Suite A-961,110 9th Avenue, South
    Nashville, Tennessee 37203
    B.P.R. No. 010595
    Telephone: 615/736-5151